No. 04–1488. NOVAK ET UX. *v.* TEITELBAUM, BRAVERMAN & BORGES, P. C. C. A. 2d Cir. Certiorari denied.

No. 04–1490. RODRIGUEZ-REALPE *v.* GONZALES, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 04–1491. MAINE *v.* PATTERSON. Sup. Jud. Ct. Me. Certiorari denied.

No. 04–1492. LAHEY CLINIC HOSPITAL, INC. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–1493. VEDDER *v.* WASHINGTON MUTUAL BANK, FA. C. A. 6th Cir. Certiorari denied.

No. 04–1496. GREIN ET AL. *v.* CITY OF MENTOR, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1497. HA *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–1498. HOBBS *v.* WESTCHESTER COUNTY, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–1509. WINKE *v.* WINKE. Ct. App. Iowa. Certiorari denied.

No. 04–1510. RAMSEY ET AL. *v.* FORMICA CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1511. CITY OF NEW ROCHELLE, NEW YORK, ET AL. *v.* CROWN COMMUNICATION NEW YORK, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 04–1512. SIMONSEN ET AL. *v.* CHICAGO BOARD OF EDUCATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–1513. MAYNARD *v.* STUMP, COMMISSIONER, WEST VIRGINIA DIVISION OF MOTOR VEHICLES. Cir. Ct. Kanawha County, W. Va. Certiorari denied.